S. Ward Greene, OSB #77413
E-mail: ward.greene@greenemarkley.com
Charles R. Markley, OSB #75240
E-mail: charles.markley@greenemarkley.com
Sean C. Currie, OSB #08297
E-mail: sean.currie@greenemarkley.com
Greene & Markley, P.C.
1515 SW Fifth Avenue, Suite 600
Portland, OR  97201
Telephone:  (503) 295-2668
Facsimile:   (503) 224-8434
           Attorneys for Plaintiffs and Counterclaim-Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FIELD TURF BUILDERS, LLC**, an Oregon limited liability company; **MARK RYAN**,<br><br>         Plaintiffs-Counterclaim-Defendants,<br><br>         v.<br><br>**FIELDTURF USA, INC.**, a Florida corporation; **FIELDTURF TARKETT USA HOLDINGS, INC.**, a foreign corporation; **JOE FIELDS**; **MICHAEL MCNEIL**,<br><br>         Defendants.<br>_____<br><br>**FIELDTURF USA, INC.**, a Florida corporation,<br><br>         Counterclaim-Plaintiff,<br><br>         v.<br><br>**CRYSTAL RYAN**, **BOECKMAN PROPERTIES, LLC**, an Oregon limited liability company, and **GULF PACIFIC CO.**, an Oregon corporation,<br><br>         Additional Counterclaim-Defendants.<br>_____ | No. 09-CV-671-HA<br><br>**PLAINTIFFS'/COUNTERCLAIM-DEFENDANTS' MOTION TO COMPEL PRODUCTION AND ORDER THAT PARTICIPANTS BE MADE AVAILABLE FOR DEPOSITIONS**<br><br>ORAL ARGUMENT REQUESTED |

Page 1 -   **PLAINTIFFS'/COUNTERCLAIM-DEFENDANTS' MOTION TO COMPEL PRODUCTION AND ORDER THAT PARTICIPANTS BE MADE AVAILABLE FOR DEPOSITIONS**

## LR 7-1 CERTIFICATION

Pursuant to Local Rule 7-1(a), the moving party certifies that counsel for plaintiffs and counterclaim-defendants ("plaintiffs") made a good faith effort through personal and telephone conversations with counsel for defendants and counterclaim-plaintiff ("defendants") to address the issues raised by this motion and was unable to resolve this dispute.

## MOTIONS

Pursuant to Fed. R. Civ. P. 37(a) and in accordance with LR 26-3 and 37-1, plaintiffs hereby respectfully move this court:

1) To compel defendants to produce the following documents:

| | | |
|---|---|---|
| TT000131 | TT000599-TT000605 | TT001377 |
| TT000228 | TT000689-TT000693 | TT001423-TT001424 |
| TT000242-TT000246 | TT000697 | TT001433-TT001434 |
| TT000292-TT000309 | TT000699 | TT001702-TT001704 |
| TT000324 | TT000701-TT000702 | TT001706 |
| TT000328 | TT000704 | TT001708 |
| TT000363 | TT000707 | TT001909 |
| TT000533 | TT000812-TT000814 | TT001912-TT001913 |
| TT000534-TT000536 | TT000996 | TT001917-TT001923 |
| TT000538-TT000541 | TT000999 | TT001924-TT001931 |
| TT000549-TT000568 | TT001034-TT001035 | |
| TT000595-TT000598 | TT001078 | |

2) In the alternative to producing the documents listed, plaintiffs move this court to review the enumerated documents *in camera* and determine whether the documents are protected by the asserted privileges.

Page 2 -   **PLAINTIFFS'/COUNTERCLAIM-DEFENDANTS' MOTION TO COMPEL PRODUCTION AND ORDER THAT PARTICIPANTS BE MADE AVAILABLE FOR DEPOSITIONS**

GREENE & MARKLEY, P.C.
1515 S.W. Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434

3) Plaintiffs further move this Court to compel defendants to respond to the following interrogatories:

### INTERROGATORY NO. 14:

Identify each person to whom you communicated that you or your affiliates would be moving anything on March 27, 2009, from 9500 SW Boeckman Rd., Wilsonville, Oregon 97070, to another location, and, as to each person state:

- **(A)** the time any such communication was made;
- **(B)** the manner any such communication was transmitted;
- **(C)** the maker and recipient(s) of any such communication;
- **(D)** whether any such communication requested permission, acknowledged a need for permission, or expressed an opinion on the need for permission to moving anything on March 27, 2009, from 9500 SW Boeckman Rd., Wilsonville, Oregon 97070.

### INTERROGATORY NO. 16:

Identify each person who participated in the incidents on March 27, 2009, including the role each person played.

4) In the event additional witnesses are identified, plaintiffs also move for an order extending the discovery deadline to enable plaintiffs to take any necessary depositions.

This motion is supported by the record herein, plaintiffs' memorandum of law and the declaration of Sean C. Currie submitted herewith.

DATED this 14th day of June, 2011.

GREENE & MARKLEY, P.C.


By /s/ Sean C. Currie
Charles R. Markley, OSB #75240
S. Ward Greene, OSB #77413
Sean C. Currie, OSB #08297
Telephone: (503) 295-2668
Attorneys for Plaintiffs/Counterclaim-
    Defendants


\G:\Clients\6710\Pleadings\P Motion to Compel (2011).wpd

Page 3 -   **PLAINTIFFS'/COUNTERCLAIM-DEFENDANTS' MOTION TO COMPEL PRODUCTION AND ORDER THAT PARTICIPANTS BE MADE AVAILABLE FOR DEPOSITIONS**

**GREENE & MARKLEY, P.C.**
1515 S.W. Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434

CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, true and correct copies of **PLAINTIFFS'/COUNTERCLAIM-DEFENDANTS' MOTION TO COMPEL PRODUCTION AND ORDER THAT PARTICIPANTS BE MADE AVAILABLE FOR DEPOSITIONS** were served by **electronic notice** through the U.S. District Court's ECF system upon the following:

Jeffrey M. Edelson, Esq.
Stacy Owen, Esq.
Markowitz Herbold, et al.
1211 SW 5th Avenue, Suite 3000
Portland, OR 97204
Email: jeffedelson@mhgm.com

DATED this 14th day of June, 2011.

    /s/ Sean C. Currie
Sean C. Currie, OSB #08297
   Attorneys for Plaintiffs/Counterclaim-
      Defendants

Page 1 - CERTIFICATE OF SERVICE

**GREENE & MARKLEY, P.C.**
1515 S.W. Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434