**Jeffrey M. Edelson, OSB #88040**
JeffEdelson@MHGM.com
**Stacy R. Owen, OSB #074826**
StacyOwen@MHGM.com
**Shannon Armstrong OSB #060113**
ShannonArmstrong@MHGM.com
MARKOWITZ, HERBOLD, GLADE
  & MEHLHAF, P.C.
Suite 3000 Pacwest Center
1211 SW Fifth Avenue
Portland, OR  97204-3730
Tel:  (503) 295-3085
Fax:  (503) 323-9105

      Attorneys for Defendant/Counterclaim-Plaintiff
      Fieldturf USA, Inc., and Defendant Fieldturf Tarkett
      USA Holdings, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **FIELD TURF BUILDERS, LLC**, an Oregon limited liability company; **MARK RYAN**, | CV No.: CV 09 671 HZ |
| Plaintiffs, | **STIPULATED MOTION TO EXTEND DEADLINES FOR DISPOSITIVE MOTION RESPONSES AND REPLIES** |
| vs. | |
| **FIELDTURF USA, INC.**, a Florida corporation; **FIELDTURF TARKETT USA HOLDINGS, INC.**, a foreign corporation; **JOE FIELDS**; **MICHAEL MCNEIL**, | |
| Defendants. | |
| **FIELDTURF USA, INC.**, a Florida Corporation, | |
| Counterclaim-Plaintiff, | |
| vs. | |
| **CRYSTAL RYAN, BOECKMAN PROPERTIES, LLC**, an Oregon limited liability company, and **GULF PACIFIC CO.**, an Oregon corporation, | |
| Additional Counterclaim-Defendants. | |

**Page 1 -  STIPULATED MOTION TO EXTEND DEADLINES FOR DISPOSITIVE
           MOTION RESPONSES AND REPLIES**

The parties jointly move the Court for an extension of time pursuant to this Stipulated Motion to Extend Dispositive Motion Response and Reply Deadlines.

The parties request that the deadlines for responses and replies to the pending cross motions for summary judgment be extended as described below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Responses to dispositive motions | July 15, 2011 | July 22, 2011 |
| Replies to dispositive motions | July 29, 2011 | August 5, 2011 |

The parties propose that the remaining dates remain as currently scheduled:

| Event | Current Deadline |
|---|---|
| Tentative date for oral argument on dispositive motions | August 15, 2011 |
| Expert disclosures | Within 30 days of ruling on dispositive motions |
| Rebuttals to expert disclosures | 30 days after expert disclosures |
| Close of expert discovery | Within 30 days after rebuttals |
| Pretrial order | 14 days before commencement of trial |

DATED this 7th day of July, 2011.

MARKOWITZ, HERBOLD, GLADE & MEHLHAF, P.C.

GREENE & MARKLEY, P.C.

By:  */s/ Stacy R. Owen*
Jeffrey M. Edelson, OSB #88040
Stacy R. Owen, OSB #074826
Shannon Armstrong,OSB #060113
(503) 295-3085
Of Attorneys for
Defendant/Counterclaim-Plaintiff
Fieldturf USA, Inc., and Defendant
Fieldturf Tarkett USA Holdings, Inc.

By:  */s/ Sean C. Currie*
S. Ward Greene, OSB #77413
Charles R. Markley, OSB #75240
Sean C. Currie, OSB # 082971
(503)295-2668
Of Attorneys for Plaintiffs/Counterclaim-
Defendants Field Turf Builders, LLC and
Mark Ryan and additional Counterclaim-
Defendants Crystal Ryan, Boeckman
Properties, LLC and Gulf Pacific

FIELFI\261024

## ATTORNEY CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2011, I have made service of the foregoing **STIPULATED MOTION TO EXTEND DEADLINES FOR DISPOSITIVE MOTION RESPONSES AND REPLIES** on the party/ies listed below in the manner indicated:

S. Ward Greene                          ☐ U.S. Mail
Charles R. Markley                      ☐ Facsimile
Sean Currie                             ☐ Hand Delivery
Greene & Markley, P.C.                  ☐ Overnight Courier
1515 SW Fifth Avenue, Suite 600         ☐ Email
Portland, OR  97201                     ☒ Electronically via USDC CM/ECF system

Bonnie M. Richardson
Folawn Alterman & Richardson LLP
805 SW Broadway, Suite 2750
Portland, OR  97205

DATED this 7th day of July, 2011.

*/s/ Stacy R. Owen*
_____
Stacy R. Owen, OSB #074826
Defendant/Counterclaim-Plaintiff Fieldturf USA
Inc., and Defendant Fieldturf Tarkett USA
Holdings, Inc.

**CERTIFICATE OF SERVICE**